# EXHIBIT 1

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-06-046-51379 | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIVED DATE<br>November 29, 2005 | PRIORITY DATE | APPLICANT A99 363 444<br>ZUO, ZHIYING |
| NOTICE DATE<br>November 30, 2005 | PAGE<br>1 of 1 | |

CHRISTOPHER T. MUSILLO
HAMMOND LAW GROUP LLC
RE: ZHIYING ZUO
441 VINE ST 3311 CAREW TOWER
CINCINNATI OH 45202

Notice Type: Receipt Notice

Amount received: $ 395.00

Section: Adjustment as direct beneficiary of immigrant petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state-issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797, Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| WAC-06-046-51271 | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT A99 363 445 |
| November 29, 2005 | | ZHAO, XI |
| NOTICE DATE | PAGE | |
| November 30, 2005 | 1 of 1 | |

CHRISTOPHER T. MUSILLO
HAMMOND LAW GROUP LLC
RE: XI ZHAO
441 VINE ST 3311 CAREW TOWER
CINCINNATI OH 45202

Notice Type: Receipt Notice

Amount received: $ 395.00

Section: Derivative adjustment

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at **uscis.gov**.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

**If this receipt is for an I-485, or I-698 application**
USCIS WILL SCHEDULE YOUR BIOMETRICS APPOINTMENT. You will be receiving a biometrics appointment notice with a specific time, date and place where you will have your fingerprints and/or photos taken. You MUST wait for your biometrics appointment notice prior to going to the ASC for biometrics processing. This I-797 receipt notice is NOT your biometrics appointment notice and should not be taken to an ASC for biometrics processing.

**WHAT TO BRING TO YOUR BIOMETRICS APPOINTMENT-**
Please bring your biometrics appointment letter (with specific time, date and place where you will have your fingerprints and/or photo taken) AND your photo identification to your biometrics appointment.
Acceptable kinds of photo identification are:
- a passport or national photo identification issued by your country,
- a drivers license,
- a military photo identification, or
- a state - issued photo identification card.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N

| | |
|---|---|
| **RECEIPT NUMBER**<br>WAC-06-046-51379 | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
| **RECEIPT DATE**<br>November 30, 2005 | **PRIORITY DATE**<br>November 30, 2005 | **APPLICANT** A099 363 444<br>ZUO, ZHIYING |
| **NOTICE DATE**<br>August 10, 2006 | **PAGE**<br>1 of 1 | |

ZHIYING ZUO
1900 SESTRI LN APT 118
PETALUMA CA 94954-3949

Notice Type: Approval Notice
Section: Adjustment as direct
beneficiary of immigrant
petition.

COA: EX6

The above application has been approved. Prior to receiving your permanent resident card you may be required to report for biometrics processing (photo/fingerprint/signature). Please do not take any action at this time. If you are required to report for this processing, you will receive another notice advising you of the time, date and place to appear.

If you have not received your permanent resident card or the above mentioned notice to appear for biometrics processing within 30 days, please call this office at the number listed below.

Please see the additional information on the back. You will be notified separately about any other cases you filed
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P. O. BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797 (Rev. 01/31/05) N



# EXHIBIT 2

**Date:** Tue, 26 Dec 2006 16:15:15 -0500 (EST)

**From:** "CRIS" <USCIS-SRMT@dhs.gov>

**To:** JESSEZX@YAHOO.COM

**Subject:** Your recent inquiry (receipt #WAC-06-046-51271)

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111

U.S. Citizenship and Immigration Services
Tuesday, December 26, 2006

Emailed to JESSEZX@YAHOO.COM

Dear M. ZHAO:

On 11/21/2006 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

Caller indicated they are:
-- The applicant

Attorney Name:
-- Information not available

Case type:
-- I485

Filing date:
-- 11/29/2005

Receipt #:
-- WAC-06-046-51271

Beneficiary (if you filed for someone else):
-- ZHAO, XI

Your USCIS Account Number (A-number):
-- A099363445

Type of service requested:
-- Case Status - Outside Processing Time

The status of this service request is:

Your case was transferred out to the USCIS Texas Service Center as of March 23, 2006 to complete the processing.

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from the Texas Service Center within 6 months of this letter, please contact them by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at **1-800-375-5283**.

**EXHIBIT 3**
e 3:07-cv-03800-JL   Document 1-2   Filed 07/25/2007   Page 8 o



U.S. Department of Justice

Federal Bureau of Investigation

Washington, D. C. 20535-0001

May 18, 2007

WH 590199

Mr. Xi Zhao
Number 118
1900 Sestri Lane
Petaluma, CA  94954

Dear Mr. Zhao:

    Your letter dated March 28, 2007, directed to Mrs. George W. Bush concerning your name check status for immigration purposes, was forwarded to the Department of Justice and subsequently referred to the Federal Bureau of Investigation (FBI) for reply.

    A review of the FBI's Name Check Program database revealed that your request was received from the United States Citizenship and Immigration Services on December 7, 2005, and is currently in process.

    The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests. The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

    I trust this information will be of assistance.

Sincerely,

For: Michael A. Cannon
Section Chief
National Name Check Program Section
Records Management Division

# EXHIBIT 4
3:07-cv-03800-JL Document 1-2 Filed 07/25/2007 Page 10

CALIFORNIA

COMMERCE, SCIENCE, AND TRANSPORTATION

ENVIRONMENT AND PUBLIC WORKS

FOREIGN RELATIONS

# United States Senate

HART SENATE OFFICE BUILDING
SUITE 112
WASHINGTON, DC 20510-0505
(202) 224-3553
http://boxer.senate.gov/contact

June 11, 2007

Mr. Xi Zhao
1900 Sestri Ln, Apartment 118
Petaluma, California 94954

Dear Mr. Zhao:

Enclosed, please find the correspondence I received from the Federal Bureau of Investigation regarding an inquiry that was made on your behalf.

I hope that this information is of assistance. Thank you for allowing me to address your concerns.

Sincerely,

Barbara Boxer
United States Senator

BB: lcm

MONTGOMERY STREET
E 240
FRANCISCO, CA 94111
403-0100

312 NORTH SPRING STREET
SUITE 1748
LOS ANGELES, CA 90012
(213) 894-5000

501 'I' STREET
SUITE 7-600
SACRAMENTO, CA 95814
(916) 448-2787

2500 TULARE STREET
SUITE 5290
FRESNO, CA 93721
(559) 497-5109

600 'B' STREET
SUITE 2240
SAN DIEGO, CA 92101
(619) 239-3884

201 NORTH 'E' STREET
SUITE 210
SAN BERNARDINO, CA 92401
(909) 888-8525

PRINTED ON RECYCLED PAPER

From:
Sent: Thursday, June 07, 2007
To: Macias, Lucia (Boxer)
Subject: Name Check Request


Ms. Macias:

I am responding to your facsimile dated March 2, 2007, concerning the name check status of Xi Zhao for immigration purposes.

A review of the Federal Bureau of Investigation's (FBI's) Name Check Program database concerning Mr. Zhao revealed that the request was received from the United States Citizenship and Immigration Services (USCIS) on December 7, 2005, and is currently in process.

The FBI processes millions of name check requests each year with each requiring thoughtful consideration. We know how important this information is to you; however, the FBI must also balance the need for national security in preparing the response to each of these requests.
The FBI's homeland security mission requires that our name check process be primarily focused on an accurate and thorough result. While an exact date for completion of this review cannot be given, you may be assured that the results will be made available to the immigration authorities as quickly as possible.

I trust this information will assist you in responding to your constituent. Should you have further questions, please refer to the FBI's internet site, www.fbi.gov. This site provides excellent information on the name check process.



Sincerely,

Michael A. Cannon

Section Chief

National Name Check Program

Records Management Division

Federal Bureau of Investigation

**EXHIBIT 5**
3:07-cv-03800-JL    Document 1-2    Filed 07/25/2007    Page 13

U.S. Department of Justice

Federal Bureau of Investigation

Washington, D.C. 20535

July 13, 2007

Request No.: 1084324-000
Subject: ZHAO, XI

MR XI ZHAO
APARTMENT C
268 DOUGLAS STREET
PETALUMA, CA 94952

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division

Enclosure

**EXHIBIT 6**

*Edmund G. Brown Jr.*
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

BUREAU OF CRIMINAL IDENTIFICATION AND INFORMATION
P.O. Box 903417
SACRAMENTO, CA 94203-4170

June 26, 2007

XI ZHAO
268 DOUGLAS STREET C
PETALUMA, CA 94952

RE:   California Criminal History Information

Dear Applicant:

This is in response to your inquiry concerning the existence of a California criminal history record within the files of the Department of Justice's Bureau of Criminal Identification and Information. As of the date of this letter, a search of your fingerprints did not identify with any criminal history record maintained by this Bureau as provided by the California Penal Code Sections 11120-11127.

Pursuant to California Penal Code section 11121, the purpose of a record review request is to afford an individual with a copy of their record and to refute any erroneous or inaccurate information contained therein. The intent is not to be used for licensing, certification or employment purposes.

Additionally, California Penal Code sections 11125, 11142, and 11143 does not allow for a person or agency to make a request to another person to provide them with a copy of an individual's criminal history or notification that a record does not exist; does not allow an authorized person to furnish the record to an unauthorized person; nor does it allow an unauthorized person to buy, receive or possess the record or information. A violation of these section codes is a misdemeanor.

Sincerely,

*Robert Santos*

ROBERT SANTOS, Assistant Manager
Record Support Section
Bureau of Criminal Identification and Information

For   EDMUND G. BROWN JR.
      Attorney General

BCII 8708 (Rev. 05/06)

**EXHIBIT 7**
3:07-cv-03800-JL   Document 1-2   Filed 07/25/2007   Page 17



Home  Contact Us  Site Map  FAQ

Search

Advanced Search

Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room

Print This Page | Back

# U.S. Citizenship and Immigration Services
# Texas Service Center Service Center Processing Dates
# Posted July 16, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

There are several important exceptions to the processing times shown below:

- Case processing will be delayed if we must ask you for more evidence or information. If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

What if I have a problem or have questions about a case?

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice



| | | | |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | January 13, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | January 13, 2007 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | October 04, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | August 07, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | August 01, 2004 |
| I-526 | Immigrant Petition By Alien Entrepreneur | For use by an entrepreneur who wishes to immigrate to the United States | January 13, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | April 14, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | April 14, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | August 19, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | January 13, 2007 |
| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | June 16, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for Honduras/Nicaragua [(c)(19), (a)(12)] | April 28, 2007 |
| I-765 | Application for Employment Authorization | Based on TPS for El Salvador [(c)(19)(a)(12)] | April 28, 2007 |