1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   XI ZHAO,                                    )
12                                             )   No. C 07-3800 JL
                    Plaintiff,                 )
13                                             )
              v.                               )
14                                             )   **CONSENT TO MAGISTRATE JUDGE**
   MICHAEL CHERTOFF, Secretary, Department     )   **JURISDICTION**
15 of Homeland Security; EMILIO T. GONZALEZ,   )
   Director, United States Citizenship and    )
16 Immigration Services; ALBERTO GONZALES,    )
   Attorney General; DAVID ROARK, Director,   )
17 Texas Service Center, United States Citizenship )
   and Immigration Services; and ROBERT       )
18 MUELLER, Director of Federal Bureau of     )
   Investigation,                              )
19                                             )
                    Defendants                 )
20 _____ )

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

   Consent to Magistrate Jurisdiction
   C07-3800 JL                              1

1   In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Defendants hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 20, 2007                    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


           /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Consent to Magistrate Jurisdiction
C07-3800 JL                                  2