1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  XI ZHAO,                              )
                                          )   No. C 07-3800 JL
13              Plaintiff,                )
                                          )
14         v.                             )
                                          )
15  MICHAEL CHERTOFF, Secretary, Department )  **STIPULATION TO DISMISS; AND**
    of Homeland Security; EMILIO T. GONZALEZ, ) **[PROPOSED] ORDER**
16  Director, United States Citizenship and )
    Immigration Services; ALBERTO GONZALES, )
17  Attorney General; DAVID ROARK, Director, )
    Texas Service Center, United States Citizenship )
18  and Immigration Services; and ROBERT  )
    MUELLER, Director of Federal Bureau of )
19  Investigation,                        )
                                          )
20              Defendants                )
                                          )
21

22      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of

24  the adjudication of Plaintiff's adjustment of status application (Form I-485).

25      Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

Stipulation to Dismiss
C07-3800 JL

| | |
|---|---|
| Dated: September 20, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | /s/<br>MELANIE L. PROCTOR<br>Assistant United States Attorney<br>Attorney for Defendants |
| Dated: September 19, 2007 | /s/<br>GERI N. KAHN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
JAMES LARSON
United States Magistrate Judge

Stipulation to Dismiss
C07-3800 JL                                    2