1 | SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| XI ZHAO, | ) |
| | ) No. C 07-3800 JL |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO T. GONZALEZ, Director, United States Citizenship and Immigration Services; ALBERTO GONZALES, Attorney General; DAVID ROARK, Director, Texas Service Center, United States Citizenship and Immigration Services; and ROBERT MUELLER, Director of Federal Bureau of Investigation, | ) **STIPULATION TO DISMISS; AND** ) **[PROPOSED] ORDER** |
| Defendants | ) |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-3800 JL

1  Dated: September 20, 2007                    Respectfully submitted,

2                                               SCOTT N. SCHOOLS
                                                United States Attorney
3

4

5                                               _____/s/_____
                                                MELANIE L. PROCTOR
                                                Assistant United States Attorney
6                                               Attorney for Defendants

7

8  Dated: September 19, 2007                    _____/s/_____
                                                GERI N. KAHN
9                                               Attorney for Plaintiff

10

11
                                          **ORDER**
12
       Pursuant to stipulation, IT IS SO ORDERED.
13

14

15  Date: September 21, 2007                    _____
                                                JAMES LARSON
16                                              United States Magistrate Judge

Stipulation to Dismiss
C07-3800 JL                                2